THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: April 19, 2012



Honorable James E. Shapiro
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

___

In re:                                                                  Chapter 7

DEMARYL HOWARD,                                          Case No. 12-25093-jes

        Debtor.
___

**ORDER ON DEBTOR'S APPLICATION
FOR WAIVER OF THE CHAPTER 7 FILING FEE**
___

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be **GRANTED**. This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

#####