UNITED STATES COURTS
EASTERN DISTRICT OF WISCONSIN
FILED
2012 JUN 10 PM 10
AFTER HOURS

United States Bankruptcy Court
Eastern District of Wisconsin

IN RE: Demayr l Howard

Debtor

Case No. 12-25093-jes
Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR PRE-PETITION LEGAL SERVICES

For pre-petition legal services, I have agreed to accept.................................................$ 254

Prior to the filing of this statement I have received.......................................................$ 254

Balance Due.........................................................................................................................$ 0

The source of compensation paid to me was    ✓ Debtor    ___ Other Specify:

The source of compensation to be paid to me is ___ Debtor    ___ Other Specify:

This document is a complete statement of any agreement or arrangement for payment to me for pre-petition legal services provided to the debtor(s) in this bankruptcy case prior to the filing of the bankruptcy case.

X _____
Signature

5/22/12
Date

Emory H. Booker III, Attorney
Printed name and title of Attorney

Address: Legacy Legal Group, LLC
828 N. Broadway Avenue, Suite 120,
Milwaukee, WI 53202